IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 4:20cr5-05–HEH |
| LAWRENCE JONES, | ) |
| Defendant. | ) |

## ORDER

This matter is before the court for consideration of a report and recommendation by the Magistrate Judge regarding the Magistrate Judge's acceptance of the Defendant's plea of guilty to specified charges in the pending matter pursuant to a Fed. R. Crim. P. 11 proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel.

It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant was given notice of the right to file specific objections to the report and recommendation that has been submitted as a result of the proceeding; and it further appearing that no objection has been asserted within the prescribed time period, it is hereby ORDERED that the report and recommendation of the Magistrate Judge is ADOPTED and the Defendant is found guilty of **Counts THIRTY-ONE (31)** and **THIRTY-THREE (33)** of the **Superseding Indictment.**

The Clerk is DIRECTED to send a copy of this Order to all counsel of record.

It is so ORDERED.

                                            /s/
                                  Henry E. Hudson
                                  Senior United States District Judge

Date: July 30, 2021
Richmond, Virginia